ACCEPTED
12-15-00153-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/24/2015 11:07:44 AM
Pam Estes
CLERK

## NO. 12-15-00153-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **124th COURT** | 11/24/2015 11:07:44 AM |
| | § | | PAM ESTES |
| **COBY HUDGINS** | § | **OF APPEALS** | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Coby Hudgins, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 124th Judicial District Court of Gregg County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Coby Hudgins, and numbered 43645-B.

3. Appellant was convicted of March 19, 2015.

4. Appellant was assessed a sentence of 99 years in prison on March 19, 2015.

5. Notice of appeal was given on June 1, 2015.

6. The clerk's record was filed on June 29, 2015; the reporter's record was filed on November 2, 2015.

7. The appellate brief is presently due on December 2, 2015.

8. Appellant requests an extension of time of 45 days from the present date, i.e. January 15, 2016.

9. No extension to file the brief has yet been filed by Appellant in this cause.

10.    The Defendant is currently incarcerated in Telford Unit, T.D.C.

11.    Appellant relies on the following facts as good cause for the requested extension:

This is an appeal of a 99-year sentence in a murder case. The reporter's record comprises 10 volumes in this matter and was filed on November 2, 2015. Lead counsel for Defendant, Lance Larison, was on pre-planned and paid vacation from November 13th through November 20, 2015. Counsel's office is also closed November 25th-27th for the Thanksgiving holiday. Counsel is set for a three day trial set to begin November 30, 2015 in Cause No. 2015-14-DR, In the Interest of D.W., a Child, in the 307th Family District Court of Gregg County, Texas, wherein he is the attorney ad litem for a child whose parents rights are sought to be terminated by the Department of Family and Protective Services.

Additionally, lead Counsel has encountered a myriad of recent family medical issues in that his wife has broken her hip and his mother has broken her foot, which will require surgical intervention. Counsel and his wife have three small children and he is the primary caretaker for his mother, a widow, who lives alone. The unfortunate injuries to his wife and mother have compromised his work schedule in this matter as well.

The granting of such an extension will allow Counsel adequate time to finalize his briefing in this matter as his schedule is much more open in late mid to late December. Given the time of year, the Defendant is requesting a 45 day extension to allow additional time for the Christmas and New Years holidays which further complicate counsel's work schedule in the next month. Based on the foregoing scheduling conflicts, counsel respectfully requests that the court allow him one 45 day extension of time to file the appellant's brief in this matter.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the

Court may deem appropriate.

Respectfully submitted,

Larison Law Office, P.C.
P.O. Box 232
Longview, TX 75601
Tel: (903) 238-8184
Fax: (903) 238-9040

/s/ Lance Ray Larison

By:_____

Lance Ray Larison
State Bar No. 11950300
lancelarison@yahoo.com

J. Brandt Thorson, PLLC
606 E. Methvin Street
P.O. Box 3768
Longview, Texas 75606
Tel: (903) 758-4878
Fax: (903) 212-3038

/s/ J. Brandt Thorson

By:_____

J. Brandt Thorson
State Bar No. 24043958
jbt@jbtfirm.com

Attorneys for Coby Ray Hudgins

## CERTIFICATE OF SERVICE

This is to certify that on November 24, 2015, a true and correct copy of the above and

foregoing document was served on the District Attorney's Office, Gregg County, 101 E. Methvin

Street, Longview, TX 75601, via the electronic filing manager.

/s/ Lance Ray Larison

_____

Lance Ray Larison

**STATE OF TEXAS** §
§
§
**COUNTY OF GREGG** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Lance Ray Larison, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Lance Ray Larison
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___November 24___, 2015, to certify which witness my hand and seal of office.

MELISSA RENE FOSTER
MY COMMISSION EXPIRES
July 25, 2018

_____
Notary Public, State of Texas